

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2017

No. 04-16-00834-CV

**IN THE INTEREST OF D.K.C.A.JR., A CHILD**,

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 15809B
Honorable Cathy Morris, Judge Presiding

# O R D E R

This is an appeal from an order terminating parental rights. The court reporter has filed a notification of late reporter's record, requesting an extension to January 9, 2017. We GRANT the extension and ORDER the court reporter to file the reporter's record on January 9, 2017. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court